THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RICKIE SEYMOUR *et al.*, Defendants-Appellants.

(No. 11703;

Fourth District—October 25, 1972.

Opinion by Mr. JUSTICE SIMKINS.

John F. McNichols, of Defender Project, of Springfield, (J. Daniel Stewart, of counsel,) for appellants.

No appearance for the People.